AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Adriano Cortez, a/k/a "A," et al. | ) | Case No. |
| | ) | 20-mj-6388-MPK |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    a time unknown to the present    in the county of    Suffolk    in the

District of    Massachusetts    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Daniel Campbell.

☑ Continued on the attached sheet.

_/s/ Daniel Campbell_
*Complainant's signature*

Daniel Campbell, Special Agent, ATF
*Printed name and title*

Sworn to before me telephonically, and signed electronically.

Date:    06/15/2020

_Page Kelley_
*Judge's signature*

City and state:    Boston, Massachusetts

Hon. M. Page Kelley, United States Magistrate Judge
*Printed name and title*