## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Daniel Campbell, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) being duly sworn, depose and state as follows:

1. I am a Special Agent with the ATF and have been since June 1990. I received training at the Federal Law Enforcement Training Center and at the ATF National Academy, both located in Glynn County, Georgia, and at DEA Basic Drug Investigator Training. Additionally, I served on the Special Response Team for a period of five years, a position which required completion of basic training and regular quarterly training thereafter, and participation in numerous assignments, to include the execution of high-risk search and arrest warrants, throughout the United States. I have participated in numerous investigations involving firearms trafficking and possession of firearms by persons including felons, gang members and narcotics and firearms traffickers, and have become familiar with the crimes commonly committed by criminal street gang members and their associates. During my career as a Special Agent, I have participated in the execution of numerous arrest warrants and search warrants.

2. Based on my training and experience with ATF, I am familiar with federal narcotics laws. In this regard, I know it is a violation of 21 U.S.C. § 846 to conspire to distribute and/or possess with intent to distribute controlled substances.

3. This affidavit is being submitted in support of a criminal complaint for the individuals set forth for conspiring to distribute and/or possess with intent to distribute controlled substances, including fentanyl and cocaine. The facts in this affidavit come from my review of records and/or reports, my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is only intended to establish that there is probable cause for

1

the requested complaint and does not set forth all of the facts in regard to this ongoing investigation.

4. There is probable cause to believe that the following defendants violated 21 U.S.C. § 846 as set forth herein:

        a. ADRIANO CORTEZ (a/k/a "A");

        b. FABRICE TEIXEIRA;

        c. ARMANDO GOMES (a/k/a "G");

        d. PATRICK DUNN;

        e. DANIEL BARBOSA (a/k/a "D");

        f. CARLOS MONTEIRO;

        g. TRE FERNANDES (a/k/a "OZ" or "OC");

        h. SANDRO PEREIRA CABRAL; and

        i. JOHN RODRIGUES (a/k/a "JOAO FERNANDES RODRIGUES").

## PROBABLE CAUSE

5. In June 2017, a confidential source (CS) provided information to law enforcement that an individual known to him as "A" was distributing large quantities of fentanyl, cocaine and other controlled substances in the greater Boston area. Investigation revealed that A was ADRIANO CORTEZ. Law enforcement learned that CORTEZ was on house arrest at 332 Geneva Avenue in Dorchester, MA. Several months later, another CS provided law enforcement with CORTEZ's phone numbers.

6. In the fall of 2017, the Boston Police Youth Violence Strike Force (YVSF), in collaboration with the Drug Enforcement Agency (DEA) and the Bureau of Alcohol, Tobacco and

Firearms (ATF), initiated an investigation into CORTEZ's drug trafficking operation, focusing their investigation in the Dorchester neighborhood of the City of Boston. Pursuant to this investigation, two undercover officers (UCs) were able to purchase controlled substances from CORTEZ on numerous occasions between September and November 2017. One of the UCs would contact CORTEZ and place orders for fentanyl, cocaine or both. After quantity and price were settled, CORTEZ would provide the UC with a meeting location. After arriving at the meeting location, the UC would be met by one of CORTEZ's co-conspirators who would provide the UC with the controlled substance(s) (fentanyl and/or cocaine), in exchange for money to be delivered to CORTEZ.

### **FABRICE TEIXEIRA (cocaine)**

7. On September 12, 2017, UC-1 contacted CORTEZ advising that he would be in the city later that day and wanted to buy the same ¼ ounce of cocaine for $300 as his previous buys. CORTEZ replied that he needed to see if he could get the ¼ ounce together. After several communications, at approximately 7:30pm, CORTEZ advised that it was all set and instructed UC-1 to meet his people on King Street. After arriving at King Street however, CORTEZ changed the location to Thelma Street due to potential law enforcement on King Street. After UC-1 arrived at Thelma Street, CORTEZ called and instructed UC-1 to get out of his car and walk towards Neponset Avenue as CORTEZ wanted the UC to get in "his boy's car." After observing a red Ford Edge with a New York tag, and confirming with CORTEZ that was the right car, UC-1 got into the front passenger seat. The driver was a light skinned, black male with long dreadlocks, later identified as FABRICE TEIXEIRA. After getting in the car, TEIXEIRA's phone rang and UC-1 observed "A" appear on the phone's screen. TEIXEIRA changed the mode from speaker

3

to private, but UC-1 could still hear the voice and identified it as CORTEZ. TEIXEIRA advised CORTEZ that they were set, and after hanging up, handed UC-1 a small plastic bag containing white powder in exchange for $300. According to analysis done by the MSP Crime Lab, the bag contained approximately 6.9 grams of cocaine.

8. Shortly after, BPD Officers Walsh and Columbo, who had assisted with that day's undercover drug buy, conducted a traffic stop of the same red Ford Edge for operating without headlights. TEIXEIRA was the driver and sole occupant of the vehicle. When asked if he had ever been arrested, TEIXEIRA advised that he was currently on probation for a sexual crime against a child. A check of his license status confirmed that he is a listed sex offender. TEIXEIRA was given a verbal warning for the headlights.

### **ARMANDO GOMES (fentanyl and cocaine)**

9. On September 14, 2017, at approximately 12:15pm, UC-1 contacted CORTEZ by telephone and ordered ¼ ounce of cocaine. UC-1 also asked CORTEZ if he could get 5 grams of "fet" and CORTEZ stated he would have to call him back. Thereafter, CORTEZ called UC-1 and agreed to sell him ¼ ounce of cocaine for $300 and 5 grams of fentanyl for $300, for a total of $600. The deal was scheduled for later in the day and UC-1 told CORTEZ he would call when he was close to the City. At approximately 4:00pm, UC-1 called CORTEZ stating that he was close and CORTEZ told him to meet his people on Bellflower Street, but quickly changed the location to Tebroc Street. When UC-1 called CORTEZ to tell him he was on Tebroc Street, CORTEZ advised that his man would be there shortly. Minutes later, a male approached the UC's vehicle and got into the front passenger seat. After a brief conversation about dogs, the male, who said his name was "G" (later identified as ARMANDO GOMES) handed UC-1 a plastic bag

4

containing two smaller bags, one with white powder and one with light brown powder. In return, UC-1 handed GOMES $600. The deal was video recorded and the video shows a visible tattoo on the back of GOMES' hand displaying dates, writings and other distinct markings. Law enforcement was later able to positively identify GOMES by comparing his physical appearance and the distinctive tattoo with known photographs of GOMES. The bags were submitted to the MSP Crime Lab for analysis and it was determined that the bags contained approximately 4.9 grams of fentanyl and 6.9 grams of powder cocaine.

10. On September 18, 2017, UC-1 texted CORTEZ and said he was looking for the "same as last time," to which CORTEZ responded "ok cool." UC-1 also reminded CORTEZ that he was going to be introducing another buyer ("Matty") to continue business with CORTEZ while UC-1 was out of town. Initially, CORTEZ told UC-1 to come alone, but during a later conversation, CORTEZ said UC-1 could give his number to Matty to continue business while UC-1 was gone. CORTEZ changed the meeting spot several times, and when UC-1 arrived at the final meeting location, GOMES approached the UC vehicle and got in the passenger seat. GOMES handed UC-1 a plastic bag containing three separate plastic bags, two of which contained brown powder believed to be fentanyl and one of which contained a hard white powder believed to be cocaine base. In return, UC-1 gave GOMES $600. While in the car, UC-1 asked GOMES why A (CORTEZ) was stressed out and GOMES replied that A had about five years hanging over his head and his court case was coming up the following month. (This was accurate as at the time, CORTEZ was under indictment for a state drug trafficking charge.) According to the MSP Crime Lab, the two bags with brown powder contained a mixture of fentanyl and cocaine totaling approximately 4.8 grams and the other bag contained approximately 6.8 grams of cocaine.

11. On September 22, 2017, UC-2 contacted CORTEZ and introduced himself as UC-1's friend, Matty. CORTEZ said he would call him back and when he did, UC-2 ordered "a ¼ ounce of white and 5 grams of fet," to which CORTEZ replied "I got you." When UC-2 asked the price, CORTEZ said "I'm gonna charge you what I charge your boy- 6." After UC-2 arrived at the meeting location provided by CORTEZ, GOMES got into the front passenger seat. GOMES handed UC-2 a bag of white powder and a bag of brown powder and UC-2 handed GOMES $600. After the exchange, at GOMES' request, UC-2 dropped GOMES on Everton Street. According to the MSP Crime Lab, the bag of brown powder contained approximately 4.6 grams of fentanyl and the bag of white powder contained approximately 6.7 grams of cocaine.

12. In reviewing GOMES RMV photograph as well as a social media photograph which captured GOMES' hand tattoo, both UC-1 and UC-2 identified ARMANDO GOMES as the individual who sold them drugs on behalf of CORTEZ on the aforementioned dates.

### **PATRICK DUNN (fentanyl and cocaine)**

13. On September 25, 2017, UC-2 texted CORTEZ "I'll be coming thru 2moro @1- that wrk 4 u" to which CORTEZ texted "ok." On September 26, 2017, UC-2 contacted CORTEZ who asked if UC-2 wanted the "the same thing," to which UC-2 responded "ok." CORTEZ told UC-2 to meet his guy on Tebroc Street. When UC-2 arrived at the meeting location, a white male wearing a white shirt, later identified as PATRICK DUNN, walked up to the UC vehicle and got into the front passenger seat. After introducing himself as "Pat from Lynn," DUNN handed UC-2 one bag of suspected cocaine and one bag of suspected fentanyl in exchange for $600. DUNN then exited the UC vehicle, entered a blue Hyundai Sonata with MA tags and left the area.

According to the MSP Crime lab, one bag contained approximately 5.9 grams of cocaine and the other bag contained a combination of cocaine and fentanyl weighing approximately 5.8 grams.

14. Prior to the transaction, BPD officers conducting surveillance observed DUNN exiting 332 Geneva Street and crossing the street onto Homes Avenue where they lost sight of him. Following the transaction, law enforcement determined that the blue Hyundai Sonata was rented by PATRICK DUNN. After looking at DUNN's RMV license photo, UC-2 identified DUNN as the individual who sold him drugs on behalf of CORTEZ on September 26, 2017.

### DANIEL BARBOSA (fentanyl)

15. On October 12, 2017, UC-2 telephoned CORTEZ, advised that he'd be in the Dorchester area around 1pm, and ordered "300 of fet." During this call, CORTEZ told UC-2 that he had a "network" of people that could deliver drugs to UC-2's home in Dedham and that for each new buyer UC-2 brought him, CORTEZ would give UC-2 one free gram of fet. A deal was arranged for later that day in Dorchester, and at approximately 1pm, UC-2 let CORTEZ know he was in the area. Thereafter, a series of communications ensued where CORTEZ changed the meeting location several times. After arriving at the final location, UC-2 observed a light skinned black male driving a black Kia Sportage SUV with New Hampshire plates drive by and motion for UC-2 to follow him. After stopping, the male got out of the Kia and into the front passenger seat of the UC vehicle and introduced himself as "D." D, later identified as BARBOSA, placed a plastic bag containing a white substance in the cup holder and UC-2 handed D $300. D then exited the vehicle. Shortly thereafter, UC-2 texted CORTEZ: "All set thank u bro-ill hit u next week and get u some numbers-appreciate it," to which CORTEZ replied: "ok no problem." According to the MSP Lab, the bag contained approximately 4.9 grams of fentanyl.

16. During this deal, UC-2 immediately recognized D as a participant in several rap videos tied to "Head Shot Mafia ("H$M") and rapper Kelvin "7981 Kal" Barros, a well-known rap artist in the Boston rap scene. However, UC-2 did not know D's real name. Several months later, pursuant to an investigation involving the NOB street gang, law enforcement recognized D as "Illy Dee" in a rap video entitled "7981 Kal x Lil Lonzo x Illy Dee- FLATLINE." In FLATLINE, Illy Dee is seen brandishing a firearm multiple times throughout the video. Illy Dee, a/k/a D, was identified as DANIEL BARBOSA, the individual who delivered drugs to UC-2 on behalf of CORTEZ on October 12, 2017.

## CARLOS MONTEIRO (fentanyl)

17. On October 19, 2017, UC-2 called CORTEZ and ordered $300 worth of fet. Referencing a previous conversation wherein UC-2 told CORTEZ that he did not have a car, UC-2 asked if the drugs could be delivered to him at Legacy Place. CORTEZ replied that he is "a professional drug dealer" and does not meet in public places, and wanted to meet at UC-2's house instead. They eventually agreed that the transaction would take place at the outdoor pool area of UC-2 apartment complex in Dedham. During a telephone conversation prior to the deal, CORTEZ told UC-2 that his drugs were only getting better and cautioned UC-2 to only use "half of the regular because this is twice as strong" as the drugs he usually sells. A little before 2pm, after UC-2 told CORTEZ he was in the pool area and described the clothes he was wearing, UC-2 was approached by a black male wearing a multicolored beanie cap, later identified as CARLOS MONTEIRO. UC-2 told MONTEIRO to come inside and as they were walking, UC-2 asked if the drugs were really twice as strong as usual, to which MONTEIRO replied "that's what he told me." UC-2 told MONTEIRO to put the drugs in a Tostitos bag he was holding which

MONTEIRO did, and UC-2 handed him $300. According to the MSP Lab, the bag contained approximately 4.8 grams of fentanyl.

18. Officers conducting surveillance observed MONTEIRO leaving 332 Geneva Street prior to the transaction and returning to 332 Geneva Street following the transaction. While meeting with MONTEIRO during the transaction, UC-2 observed a very distinctive skull tattoo on the left side of his neck. Pursuant to their investigation, law enforcement obtained a BPD booking photo of CARLOS MONTEIRO where a skull tattoo is clearly visible on the left side of MONTEIRO's neck. After looking at the booking photograph, UC-2 positively identified MONTEIRO as the person who delivered him fentanyl on behalf of CORTEZ on October 19, 2019.

## TRE FERNANDES (fentanyl)

19. On October 20, 2017, UC-1 contacted CORTEZ asking for ½ ounce of cocaine. CORTEZ answered that he did not have "white" (powder cocaine) but could sell him "the other stuff" referring to fentanyl. During a later communication, UC-1 arranged to purchase a "half finger" (or 5 grams) of fentanyl for $300 and advised he would be in Boston around 6pm. When UC-1 contacted CORTEZ at approximately 5:40pm, CORTEZ provided the meeting location, but when UC-1 arrived at that spot, CORTEZ directed him to different location. When UC-1 arrived at that location, surveillance observed a light-skinned male with dreadlocks get out of the driver's seat of a blue Audi and into the front passenger seat of the UC vehicle. The male, who introduced himself as "OZ" or "OC" and who was later identified as TRE FERNANDES, handed UC-1 a plastic bag containing suspected fentanyl. UC-1 in turn handed FERNANDES $300 which was inside of a wallet holder with a picture of a Saint on the front, asking FERNANDES to give the

9

box to CORTEZ as a gift for being away so long. UC-1 explained that the Saint is considered to be the Patron Saint of Drug Dealers. Later that evening, UC-1 texted CORTEZ asking if he received the gift, and CORTEZ responded "yeah bro thank you." According to the MSP Crime Lab, the bag contained approximately 6.9 grams of fentanyl.

20. Prior to the transaction, BPD officers conducting surveillance observed a black male with dreadlocks get out of a blue Audi, enter 332 Geneva Street and exit within one minute, get back into the Audi and drive towards the meeting location. Following the transaction, FERNANDES was observed returning to 332 Geneva Street where he remained for approximately one minute and then departed in the Audi. Law enforcement queries revealed that the Audi was registered to FERNANDES' mother, Cindy Fernandes at an address in Winthrop, MA. Further investigation revealed that Cindy Fernandes has a son by the name of TRE FERNANDES. After obtaining a CJIS license photograph of TRE FERNANDES, UC-1 positively identified him as the individual who delivered the drugs on behalf of CORTEZ on October 20, 2017.

## SANDRO PEREIRA CABRAL (fentanyl)

21. On October 25, 2017, UC-1 texted CORTEZ stating "what's up man looking for the same as last time….going to be in the city around 1230. That cool?" CORTEZ responded "ok." At approximately 1pm, UC-1 texted that he was getting off the exit and after CORTEZ changed the meeting location from Tebroc Street to Homes Avenue, UC-1 told CORTEZ he had arrived. CORTEZ advised that his people would be right over, but that he needed UC-1 to drive them somewhere. Shortly thereafter, a thin, light skinned, black male with facial hair, later identified as PEREIRA CABRAL, got into the front passenger seat of the UC vehicle and pulled out a plastic bag containing the suspected fentanyl. After giving him $300, PEREIRA CABRAL

handed the bag to UC-1, following which, PEREIRA CABRAL asked UC-1 to drive him around the block. Once there, PEREIRA CABRAL exited the UC vehicle. UC-1 observed an unidentified white male approached PEREIRA CABRAL and they both walked down the street where UC-1 saw them engage in a hand-to-hand drug sale. After the sale, PEREIRA CABRAL got back into the UC vehicle and UC-1 drove him to their original meeting location where PEREIRA CABRAL exited the vehicle. According to the MSP Crime Lab, the bag contained approximately 4.9 grams of fentanyl.

22. Prior to the transaction, BPD officers conducting surveillance observed PEREIRA CABRAL exit the yard of 332 Geneva Street. The identification of PEREIRA CABRAL was made in January 2018 while BPD was conducting an unrelated investigation into the sale of illegal drugs by someone known as "Dito." Dito was positively identified as SANDRO PEREIRA CABRAL. During that investigation, while looking at a booking photo of PEREIRA CABRAL, BPD detectives recognized PEREIRA CABRAL as the individual who delivered the drugs to UC-1 on behalf of Cortez on October 25, 2017.

**JOHN RODRIGUES (fentanyl)**

23. On October 31, 2017, UC-1 contacted CORTEZ advising that he would be around the following day and that he and "Matty" (UC-2) were getting their money together and wanted to know how much a "finger" of fentanyl would cost. CORTEZ replied that it would $550 and UC-1 told CORTEZ he would contact him the following day when they were close to the city. On November 1, 2017, after several communications discussing the meeting location, CORTEZ texted: "ok go to castlerock st savin hill ma." Shortly after arriving at the location, a red Nissan Altima with NY tags pulled onto Castlerock Street and parked across from the UC vehicle where

UC-1 was sitting in the driver's seat and UC-2 in the front passenger seat. A tall, light skinned, male with short dreadlocks, later identified as JOHN RODRIGUES, exited the Altima and entered the rear passenger seat of the UC vehicle. At that time, RODRIGUES told the UCs that he thought he was just collecting money from them but not delivering drugs, and he would have to call A. He then exited the UC vehicle and went back to his Altima. Several minutes later, RODRIGUES, who was speaking on his cell phone, returned to the UC vehicle. After finishing his call, RODRIGUES apologized for the confusion and handed UC-2 two small bags of suspected fentanyl. In exchange, UC-1 handed RODRIGUES $550. RODRIGUES explained that he got nervous when he got in the car thinking they might be cops, but after speaking with A, he assured RODRIGUES that the UCs were good and that if they were cops, they would have been arrested by now. After the deal, UC-1 contacted CORTEZ and apologized for scaring his boy, but CORTEZ was not concerned. According to the MSP Crime Lab, the bag contained approximately 9.8 grams of a mixture of fentanyl and cocaine

24. The red Nissan Altima RODRIGUES drove to the deal was determined to be rented to JOAO FERNANDES RODRIGUES, another name used by RODRIGUES. Additionally, on a later date, RODRIGUES was identified by law enforcement driving the same vehicle. After reviewing the video of the November 1, 2017 deal, a BPD officer, who is familiar with RODRIGUES from previous encounters, identified RODRIGUES as the individual who sold the UCs fentanyl on behalf of CORTEZ on November 1, 2017.

## **CONCLUSION**

25. Based on the evidence set forth above, there is probable cause to believe that ADRIANO CORTEZ, FABRICE TEIXEIRA, ARMANDO GOMES, PATRICK DUNN, DANIEL BARBOSA, CARLOS MONTEIRO, TRE FERNANDES, SANDRO PEREIRA CABRAL and JOHN RODRIGUES conspired with each other and others known and unknown to distribute, and possess with intent to distribute, controlled substances, in violation of 21 U.S.C. § 846, as set forth above.

Signed electronically and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on June 15, 2020.

/s/ *Daniel Campbell*
Special Agent Daniel Campbell
Bureau of Alcohol, Tobacco, Firearms & Explosives

Electronically subscribed and telephonically
Sworn to before me this 15th day of June 2020.

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE